AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bluebond, Sheri A. | Central District of California | 4/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

255 E. Temple Street
Suite 1482
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Jewish Big Brothers Big Sisters of Los Angeles |
| 2. | Member, Board of Trustees | Los Angeles Bankruptcy Forum |
| 3. | Trustee | Trust No. 1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 4/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Kibel Green Inc. -- Salary |
| 2. | 2011 | GlassRatner Advisory & Capital Group LLC -- Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | 05/19-5/22 | Squaw Valley, CA | Speaker at Annual Conf. | Hotel, Meals, Tuition |
| 2. | National Conference of Bankruptcy Judges | 10/10-10/15 | Tampa, FL | Attendance at Annual Conf | Hotel |
| 3. | Practising Law Institute | 11/17 | San Francisco, CA | Speaker at Basics of Bankruptcy Program | Airfare, Airport Parking, Mileage, Meals, Taxi, Tips |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 4/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 4/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Microsoft, common stock | A | Dividend | J | T | | | | | |
| 2. Cisco, common stock | A | Dividend | J | T | | | | | |
| 3. General Electric, common stock | A | Dividend | J | T | | | | | |
| 4. Pfizer, common stock | A | Dividend | J | T | | | | | |
| 5. Juniper, common stock | | None | J | T | | | | | |
| 6. Fidelity CA Portfolio 2024 | A | Interest | | | Sold | 11/4/11 | K | C | |
| 7. TIAA-CREF Active Age Based Portfolio 5-8 | A | Interest | K | T | Buy | 11/7/11 | K | | |
| 8. El Paso Electric (Common Stock) (X) | | None | | | Sold | 03/14/11 | J | B | |
| 9. Trust #1 | | | | | | | | | |
| 10. -Capstone Turbine Corp., common stock | | None | J | T | | | | | |
| 11. -Broadcomm, common stock | B | Dividend | M | T | | | | | |
| 12. -Wells Fargo Bank (Accounts) | A | Interest | J | T | | | | | |
| 13. -Stamps.com, common stock | | None | J | T | | | | | |
| 14. -Schwab CA Tax-Free (Muni) Money Markt Mutual Fund | A | Dividend | L | T | | | | | |
| 15. -America First Absolute Mutual Fund | A | Distribution | J | T | Buy | 03/25/11 | K | | |
| 16. | A | Dividend | | | | | | | |
| 17. -Permanent Portfolio Mutual Fund | A | Distribution | K | T | Buy | 03/25/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 4/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | | | | | | | |
| 19. -First Eagle Global Mutual Fund | A | Dividend | K | T | | | | | |
| 20. | A | Distribution | | | | | | | |
| 21. -Loomis Sayles Bond Fund | C | Dividend | K | T | | | | | |
| 22. -American Capital World Bond Fund (aka American FD Capital) | B | Dividend | L | T | | | | | |
| 23. -Kinetics Paradigm Mutual Fund | | None | | | Sold | 03/24/11 | K | A | |
| 24. -DFA Inflation Prot'd Securities Mut Fund | B | Dividend | L | T | | | | | |
| 25. | A | Distribution | | | | | | | |
| 26. -Fairholme Fund Mutual Fund | | None | | | Sold | 08/08/11 | K | A | |
| 27. -Hussman Strategic Growth Fund | A | Dividend | K | T | | | | | |
| 28. -Sextant Int'l Mutual Fund | | None | | | Sold | 03/24/11 | K | A | |
| 29. ▨ Assets | | | | | | | | | |
| 30. -San Diego Cty Cr. Union (Accts) (see Pt. VIII, Note 1) | | None | J | T | | | | | |
| 31. -Union Bank (Account) (see Pt. VIII, Note 1) | | None | J | T | | | | | |
| 32. -Ameritrade (Account) (see Pt. VIII, Note 1) | | None | J | T | | | | | |
| 33. -E-Trade (Account) (see Pt. VIII, Note 1) | | None | J | T | | | | | |
| 34. -Phycor 401(k) (see Pt. VIII, Note 1) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 4/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Bridge Harb. Mgt., Inc., stock (see Pt. VIII, Notes 1 & 2) | | None | J | V | | | | | |
| 36. -BH Channelview, LLC, membshp int. (see VIII, Notes 1 & 2) | | None | J | V | | | | | |
| 37. -BH Vincent, LLC, membshp int. (see Pt. VIII, Notes 1&2) | | None | J | V | | | | | |
| 38. -BH Bellvue, LLC, membshp int. (see Pt. VIII, Notes 1 & 2) | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1:

⬛⬛⬛⬛⬛⬛ The only information available to me concerning ⬛⬛⬛ assets is that which was contained on a balance sheet prepared as of September 3, 2003 that was attached as a schedule to the premarital agreement that we signed on September 5, 2003.

The entries that appear on lines 1 through 28 of Part VII of this Report refer to my assets (with the exception of lines 6 and 7, which refer to 529 accounts that belong to ⬛⬛⬛ The entries that appear on lines 30 through 38 of Part VII of this Report refer to ⬛⬛⬛ assets and reflect values as of September 3, 2003, as this is the only information available to me. I do not have information as to the specific funds or stocks contained within the brokerage accounts or 401(k) accounts identified on lines 32 through 34 of Part VII of this Report, and I do not have, and will not obtain, any interest in any of these assets or any income or proceeds that may be generated by these assets.

NOTE 2:

An explanatory note on ⬛⬛⬛ balance sheet reflects that the values reflected for the assets described on lines 35 through 38 of Part VII of this Report "are based on the allocation of an anticipated sales price for all four interests totaling $24,000." I believe that the assets described on these lines may have been sold since September 3, 2003, but I do not have access to this information or any details concerning the sale and do not have any interest in any proceeds that may have been generated thereby. I also believe that, shortly after our marriage, ⬛⬛⬛ closed certain of his bank accounts and opened new bank accounts at Wells Fargo and ING. Again, I do not have any information concerning the balance on deposit in any of these new accounts or any income generated by these accounts and do not have any interest in any funds on deposit in these accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheri A. Bluebond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544